# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NORDIA TOMPKINS**, | |
| *Petitioner-Plaintiff*, | Civil Action No. 22-339 |
| v. | |
| **TIMETHEA PULLEN**, Warden of Federal Correctional Institution Danbury, in her official capacity, | March 2, 2022 |
| **PATRICK MCFARLAND**, Residential Reentry Manager, in his official capacity, and | |
| **MICHAEL CARVAJAL**, Director, Federal Bureau of Prisons, in his official capacity, | |
| *Respondents-Defendants.* | |

## MOTION FOR ORDER TO SHOW CAUSE PURSUANT TO 28 U.S.C. § 2243

1. Pursuant to 28 U.S.C. § 2243 ("Section 2243"), Petitioner-Plaintiff Nordia Tompkins respectfully requests that the Court order Respondents-Defendants to show cause why this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF 1), filed herewith, should not be granted.

2. In the Petition for Writ of Habeas Corpus, Ms. Tompkins asks this Court to remedy her unlawful detention and seeks an order of enlargement pending a decision on the underlying petition. For a year, while on home confinement, Ms. Tompkins was employed, furthering her education, and caring for two young children. Despite her close family and community connections, the Federal Bureau of Prisons ("BOP"), through Respondents-Defendants, imprisoned Ms. Tompkins based on her decision to stop at an AT&T store to try to

1

get her cell phone fixed—which she understood she had permission to do. BOP took this drastic action without even as much as a hearing before BOP decisionmakers.

3. Section 2243 provides, in part:

> A court, justice, or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled hereto.

4. Section 2243 further provides that the writ or order to show cause "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed," and that the court shall hold a hearing "not more than five days after the return unless for good cause additional time is allowed." *See also id.* (court "shall summarily hear and determine the facts" and dispose of the petition).

5. Pursuant to 28 U.S.C. § 2243, and given the irreparable harm that Ms. Tompkins' imprisonment is causing her and her family, she respectfully requests that this Court immediately issue an Order to Show Cause requiring Respondents-Defendants to file a return to the Petition within three days. Petitioner-Plaintiff further requests that this Court schedule a hearing on the Petition for Writ of Habeas Corpus within five days of Respondents-Defendants' return, with an opportunity for Petitioner-Plaintiff to file a traverse two days before the hearing.

Respectfully submitted,

NORDIA TOMPKINS

Dated: March 2, 2022     By:     /s/ Sarah F. Russell
Sarah F. Russell, ct26604
Legal Clinic, Quinnipiac University School of Law
275 Mt. Carmel Avenue
Hamden, CT 06518
Telephone: (203) 582-5258
Email: sarah.russell@quinnipiac.edu

Marisol Orihuela, ct30543  
Jerome N. Frank Legal Services Organization  
P.O. Box 209090  
New Haven, CT 06520  
Telephone: (203) 432-4800  
Email: marisol.orihuela@ylsclinics.org